IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 25-300 |
| | ) |
| U.S. OFFICE OF THE DIRECTOR OF | ) |
| NATIONAL INTELLIGENCE, *et al.* | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Proceed Pseudonymously, the Memorandum of Law in Support thereof, and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's Motion to Proceed Pseudonymously is **GRANTED**.

Entered this _____ day of February, 2025.


_____
U.S. District Court Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

The following are entitled to be notified of entry of the above Proposed Order:

| | |
|---|---|
| The Hon. Pamela J. Bondi<br>Attorney General of the United States<br>c/o Jolene Ann Lauria<br>Acting Assistant Attorney General<br>　　　for Administration<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Phone: 202-514-2000<br>Email: jlauria@usdoj.gov | The Hon. Erik S. Seibert<br>U.S. Attorney for the Eastern District of Virginia<br>c/o Dennis Barghaan<br>Chief, Civil Division<br>U.S. Attorney's Office for the<br>　　　Eastern District of Virginia<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Phone: 703-299-3700<br>Email: dbarghaan@usdoj.gov |

*Attorney for Defendants*

Kevin T. Carroll
Fluet
1751 Pinnacle Drive
Suite 1000
Tysons, Virginia 22102
Phone: 703-590-1234
Email:  kcarroll@fluet.law

*Attorney for Plaintiffs*