# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 25-300 |
| U.S. OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, *et al.* | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, Plaintiffs John Does 1-6 and Jane Does 1-5 hereby waive oral argument on their Motion to Proceed Pseudonymously.

Dated: February 17, 2025

Respectfully submitted,

*/s/ Kevin T. Carroll*
Kevin T. Carroll, VSB No. 95292
**Fluet**
1751 Pinnacle Dr., Ste. 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
kcarroll@fluet.law
e-file@fluet.law

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2025, a copy of the foregoing was mailed first class mail, postage prepaid, to:

U.S. Office of the Director of National Intelligence
Office of General Counsel
1500 Tysons McLean Dr.
McLean, VA 22102

Central Intelligence Agency
Office of General Counsel
Washington, DC 20505

Tulsi Gabbard
Director of National Intelligence
1500 Tysons McLean Dr.
McLean, VA 22102

John Ratcliffe
Director of Central Intelligence Agency
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

                                                */s/ Kevin T. Carroll*
                                                Kevin T. Carroll, Esq.