IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 25-300 |
| ) | |
| U.S. OFFICE OF THE DIRECTOR OF ) | |
| NATIONAL INTELLIGENCE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

1.      Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiffs U.S. intelligence officers John Does 1-6 and Jane Does 1-5 hereby move for a temporary restraining order enjoining Defendants the U.S. Office of the Director of National Intelligence, U.S. Central Intelligence Agency, the Hon. Tulsi Gabbard, Director of National Intelligence and the Hon. John Ratcliffe, Director of the Central Intelligence Agency from terminating Plaintiffs' employment, or placing them on leave without pay ("LWOP") until further order of this Court. Plaintiffs ask that the Court similarly enjoin Defendants from terminating or placing on LWOP those similarly situated to Plaintiffs—to wit, Intelligence Community personnel thought to be assigned to temporary positions regarding diversity, equity, inclusion and accessibility.

2.      As detailed in the accompanying Memorandum of Law, Plaintiffs expect the Defendants to move to terminate them as soon as February 18, 2025, causing them immediate and irreparable harm.

WHEREFORE, Plaintiffs respectfully request that the Court enter a temporary restraining order against Defendants to prevent them from terminating the employment of Plaintiffs and those

similarly situated, or placing them on LWOP, until further order of this Court, as set forth in the attached proposed Order.

Dated: February 17, 2025     Respectfully submitted,

<div style="margin-left: 40%;">

*/s/ Kevin T. Carroll*
Kevin T. Carroll, VSB No. 95292
**Fluet**
1751 Pinnacle Dr., Ste. 1000
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
kcarroll@fluet.law
e-file@fluet.law

*Attorney for Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, a copy of the foregoing was mailed first class mail, postage prepaid, to:

U.S. Office of the Director of National Intelligence
Office of General Counsel
1500 Tysons McLean Dr.
McLean, VA 22102

Central Intelligence Agency
Office of General Counsel
Washington, DC 20505

Tulsi Gabbard
Director of National Intelligence
1500 Tysons McLean Dr.
McLean, VA 22102

John Ratcliffe
Director of Central Intelligence Agency
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

                                          */s/ Kevin T. Carroll*
                                          Kevin T. Carroll, Esq.