IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 25-300 |
| U.S. OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, *et al.* | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order, the Memorandum of Law in Support thereof, and the entire record herein, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Defendants the U.S. Office of the Director of National Intelligence; U.S. Central Intelligence Agency; the Hon. Tulsi Gabbard, Director of National Intelligence; and the Hon. John Ratcliffe, Director of Central Intelligence are **ENJOINED** from terminating Plaintiffs' employment, or placing Plaintiffs on leave without pay, until further order of this Court; it is further

**ORDERED** that Defendants are **ENJOINED** from terminating the employment, or placing on leave without pay, those similarly situated to Plaintiffs—to wit, Intelligence Community ("IC") personnel thought by the IC or others to be assigned to temporary positions regarding diversity, equity, inclusion and accessibility ("DEIA")—until further order of this Court.

Entered this _____ day of February, 2025.

                                                                    _____
                                                                    U.S. District Court Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

The following are entitled to be notified of entry of the above Proposed Order:

| | |
|---|---|
| The Hon. Pamela J. Bondi<br>Attorney General of the United States<br>c/o Jolene Ann Lauria<br>Acting Assistant Attorney General<br>      for Administration<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Phone: 202-514-2000<br>Email: jlauria@usdoj.gov | The Hon. Erik S. Seibert<br>U.S. Attorney for the Eastern District of Virginia<br>c/o Dennis Barghaan<br>Chief, Civil Division<br>U.S. Attorney's Office for the<br>      Eastern District of Virginia<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>Phone: 703-299-3700<br>Email: dbarghaan@usdoj.gov |

*Attorney for Defendants*

Kevin T. Carroll
Fluet
1751 Pinnacle Drive
Suite 1000
Tysons, Virginia 22102
Phone: 703-590-1234
Email:  kcarroll@fluet.law

*Attorney for Plaintiffs*