IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00300-AJT-LRV |
| ) | |
| U.S. OFFICE OF THE DIRECTOR OF ) | |
| NATIONAL INTELLIGENCE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter comes before the Court on Plaintiffs' Motion for Temporary Restraining Order, [Doc. No. 6] (the "Motion"). It is hereby

**ORDERED** that the Court will hold a hearing on the Motion on February 18, 2025 at 1:00 p.m. in Courtroom 900.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 18, 2025

_____
Anthony J. Trenga
Senior U.S. District Judge

1