**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JOHN DOES 1-6, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    vs. | )   Civil Action No. 1:25cv300 |
| | ) |
| U.S. OFFICE OF THE DIRECTOR OF | ) |
| NATIONAL INTELLIGENCE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant U.S. Attorney Dennis C. Barghaan, Jr. hereby appears as counsel on behalf of the defendants in the above-captioned action.

                                         Respectfully submitted,

                                         ERIK S. SIEBERT
                                         UNITED STATES ATTORNEY

By:     _____/s/_____
          DENNIS C. BARGHAAN, JR.
          Chief, Civil Division
          Assistant U.S. Attorney
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Telephone: (703) 299-3891
          Fax:      (703) 299-3983
          Email: dennis.barghaan@usdoj.gov

DATE: February 18, 2025                 ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a notice of electronic filing ("NEF") to the following:

Kevin T. Carroll
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia  22102
Email: kcarroll@fluet.law

Date: February 18, 2025　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　DENNIS C. BARGHAAN, JR.
　　　　　　　　　　　　　　　　　　Chief, Civil Division
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　Telephone: (703) 299-3891
　　　　　　　　　　　　　　　　　　Fax:　　　 (703) 299-3983
　　　　　　　　　　　　　　　　　　Email:  dennis.barghaan@usdoj.gov

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS