IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:25-cv-300 (AJT/LRV) |
| U.S. OFFICE OF THE DIRECTOR ) | |
| OF NATIONAL INTELLIGENCE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**ORDER**

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order, [Doc. No. 6] (the "Motion"), and the memorandum in support thereof, [Doc. No. 7], requesting that the Court briefly enjoin Defendants from terminating Plaintiffs or placing Plaintiffs on leave without pay. The Court held a hearing on the Motion on February 18, 2025, at which time, Defendants had not filed an opposition but expressed an intent to do so.

Upon consideration of the filings, the record in this case, and oral argument, the Court concludes that it would benefit from Defendants' response to the Motion, including clarification as to what Agency regulations are implicated in this case and the potential irreparable harm to Plaintiff John Does 1-6 and Jane Does 1-5. As the Court awaits full briefing and argument on the Motion, it exercises its powers under the All Writs Act and its inherent powers to manage its docket, to issue an administrative stay. Accordingly, for the reasons stated from the bench, it is hereby

1

**ORDERED** that the hearing on the Motion is **CONTINUED** to Monday, February 24, 2025 at 1:00 p.m. ET, in Courtroom 900; and it is further

**ORDERED** that Defendants file any response to the Motion by Thursday, February 20, 2025 at 5:00 p.m. ET; and it is further

**ORDERED** that Plaintiffs file a reply, if any, to Defendants' response by Friday, February 21, 2025 at 5:00 p.m. ET; and it is further

**ORDERED** that an **ADMINISTRATIVE STAY** is entered in this case until further order of this Court, during which, Defendants shall refrain from terminating Plaintiff John Does 1-6 and Jane Does 1-5 or placing these Plaintiffs on leave without pay, such that, these Plaintiffs shall continue to be on administrate leave with their full pay and benefits.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 18, 2025

/s/
Anthony J. Trenga
Senior United States District Judge