# EXHIBIT B

~~SECRET//NOFORN~~

18 February 2025

| | |
|---|---|
| MEMORANDUM FOR: | Director of Security<br>Associate Director for Talent<br>Director, Office of Personnel Resources, Directorate of Support |
| FROM: | Director, Central Intelligence Agency |
| SUBJECT: | (U//~~AIUO~~) Decision to Terminate the Employment of Employees in the Former Diversity and Inclusion Office |
| REFERENCES: | A. (U) Section 104A of the National Security Act of 1947, as amended, 50 U.S.C. § 3036(e)<br><br>B. (U) Agency Regulation 4-16, Termination of Employment<br><br>C. (U) Executive Order 14151, Ending Radical and Wasteful Government DEI Programs and Preferencing, 20 JAN 2025<br><br>D. (U) CIA Request for Voluntary Early Retirement Authority (Approved by the Office of Personnel Management, 5 FEB 2025) |

1.  (U//~~AIUO~~) <u>Action Required</u>:  That you undertake the necessary actions to implement my decision, pursuant to Reference A and consistent with Reference B, to terminate the employment of the CIA employees who most recently served in the Agency's former Diversity and Inclusion Office (DIO) and are currently on administrative leave or, in lieu of termination, permit these employees to retire or resign (if eligible).

2.  (U//~~AIUO~~) <u>Decision</u>:  To best effectuate the President's direction in Reference C as well as follow-on memoranda from the Acting Director of OPM, I have determined that it is necessary or advisable in the interests of the United States to terminate the employment of all of the employees of the former DIO pursuant to Reference A and consistent with Reference B.



~~SECRET//NOFORN~~

SECRET//NOFORN

SUBJECT: (U//AIUO) Decision to Terminate the Employment of Employees in the Former Diversity and Inclusion Office

3. (U//AIUO) Please notify each of the employees, identified in the appended list at Tab A, of my decision at separate in-person meetings with the Agency on 18 February 2025. As previously notified to these employees by Agency representatives on or about 4 February 2025, any of these employees may choose to participate in the CIA's implementation of the Deferred Resignation Program (DRP) offered by the Office of Personnel Management (OPM) and retire (if eligible) or resign. Because the Agency must notify OPM of all CIA employees who will participate in the DRP no later than 20 February 2025, each employee who elects to participate in the DRP must notify the Agency representative of the employee's decision to participate in the DRP no later than 5 PM on 19 February 2025.

4. (U//AIUO) Pursuant to Reference A and consistent with Reference B, I also may determine that it is necessary or advisable in the interests of the United States to terminate the employment of additional employees as necessary to effectuate the direction in Reference C. Such determinations may be conveyed in separate memoranda.

5. (U//AIUO) If an employee in the former DIO elects to participate in the DRP, the employee will remain on administrative leave as follows:

- Employees who are not eligible to retire in calendar year 2025 will remain on administrative leave through 30 September 2025, and on 1 October 2025, their employment with the Agency must cease.

- Employees who are eligible to retire, or will become eligible to retire, on or before 30 September 2025 (whether pursuant to immediate retirement or early retirement pursuant to Reference D), will remain on administrative leave through 30 September 2025, and on 1 October 2025, their employment with the Agency must cease.

- Employees who will become eligible to retire after 30 September 2025 and on or before 31 December 2025 (whether pursuant to immediate retirement or early retirement pursuant to Reference D), will remain on administrative leave through the earliest date that they reach immediate or early retirement eligibility. Their employment with the Agency must cease the day after the earliest date of immediate or early retirement eligibility.

2

SECRET//NOFORN

SECRET//NOFORN

SUBJECT: (U//~~AIUO~~) Decision to Terminate the Employment of Employees in the Former Diversity and Inclusion Office

6. (~~S//NF~~) If an employee in the former DIO elects not to participate in the DRP or declines to make any election regarding the DRP before 5 PM on 19 February 2025, the employee will remain on administrative leave through 19 May 2025, after which their employment must cease effective 20 May 2025. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This will facilitate transition from CIA employment and is consistent with Agency practice.

7. (U//~~AIUO~~) Any employee also may resign, effective immediately.

*[signature]*
John L. Ratcliffe

Attachment:
A. (U//~~AIOU~~) List of Employees in Former DIO

3

SECRET//NOFORN