# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **2/24/2025**             Judge:     **Trenga/(LRV)**
Time: **1:03 - 1:42**            Reporter: **R. Montgomery**

Civil Action Number: **1:25-cv-300**

**DOE 1, ET AL**

V.

**OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Kevin Carroll** | **Rebecca Levinson** |
| **Kia Rahnama** | **Dennis Barghaan** |

Motion to/for:
[6] Motion for Temporary Restraining Order by pltf.

Argued and
(  ) Granted           (  ) Denied          (  ) Granted in part/Denied in part
(  ) Taken Under Advisement         (**X**) Continued to 2/27/2025 at 10:00 a.m.

(**X**) Order to Follow