IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:25-cv-300 (AJT/LRV) |
| U.S. OFFICE OF THE DIRECTOR ) | |
| OF NATIONAL INTELLIGENCE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order, [Doc. No. 6] (the "Motion"), the memoranda in support thereof, [Doc. Nos. 7, 15, 20], and in opposition thereto, [Doc. Nos. 14, 19]. The Court held a hearing on the Motion on February 18, 2025, and again on February 24, 2025, at which time, the Court ordered supplemental briefing on specific issues and continued the hearing to Thursday, February 27, 2025. The Court received additional briefing as directed and, in their supplemental briefing, Plaintiffs state that "[e]very single one of the Plaintiffs in this case has had at least one currently vacant, suitable and career service-appropriate position identified for them by their career service. Most Plaintiffs received offers of several such positions from their career service; one Plaintiff received as many as seven," [Doc. No. 20] at 13, upon consideration of which, the Court hereby

**DIRECTS** the Defendants to be prepared to advise the Court, on February 27, 2025, as to the (i) accuracy of Plaintiffs' statements, excerpted above, and (ii) whether there is anything

1

in Defendants' position or actions that would preclude Plaintiffs from receiving or accepting those offers in light of their proposed terminations.

    The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 26, 2025

/s/
Anthony J. Trenga
Senior United States District Judge