

(703) 590-1234 Tel
(703) 590-0366 Fax

1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
www.fluet.law

<u>VIA ECF</u>                                                                                       February 27, 2025

The Hon. Anthony J. Trenga
Senior United States District Court Judge
    for the U.S. District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

      Re:    *DOE v. ODNI*, Civil Action No.: 25-300 (AJT/LRV)

Dear Judge Trenga:

      Among the Plaintiffs in the above-captioned case is the current and serving—albeit placed on administrative leave—chief of diversity, equity, inclusion, and accessibility for the Office of the Director of National Intelligence ("ODNI"), Jane Doe 12.

      Ms. Doe 12 would like to please speak to the press about the merits of her case.

      However a "Craig M."—presumably not an actual clandestine intelligence officer, but rather an administrative press flack cosplaying as one—stated that Ms. Doe's "request for engagement with the media … is disapproved." Per "Craig M.," Ms. Doe 12 is "not authorized to have any engagement with the media," and must "keep in mind [her] responsibilities to adhere to all security reporting requirements based on [her] access to SCI information and current security clearance."

      "Craig M." did not return any of three emails from counsel simply requesting a legitimate reason why Ms. Doe 12 could not speak to the media about her case, as she frequently spoke to the press about related issues on behalf of ODNI in the recent past.

      Absent the basic professional courtesy of any response from ODNI, Plaintiff Jane Doe 12 asks this Court's permission to speak, obviously on an unclassified basis, with the press about the merits of her and her co-Plaintiffs' case. Thank you.

                            Respectfully submitted,

                              Kevin Carroll
                              Partner
                              Counsel for Plaintiffs

cc:    Dennis Barghaan and Rebecca Levenson, Esqs.
       Assistant United States Attorneys for the Eastern District of Virginia