# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **2/27/2025**　　　　　　　　　　　　　　Judge:　　**Trenga/(LRV)**
Time: **10:01 - 10:36**　　　　　　　　　　　　Reporter: **R. Montgomery**

Civil Action Number: **1:25-cv-300**

**DOE 1, ET AL**

V.

**OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Kevin Carroll** | **Rebecca Levinson** |
| **Kia Rahnama** | **Dennis Barghaan** |

Motion to/for:
[6] Motion for Temporary Restraining Order by pltf.

Argued and
(　) Granted　　　　　　　　　(**X**) Denied　　　　(　) Granted in part/Denied in part
(　) Taken Under Advisement　　　　　　　　　　(　) Continued

(**X**) Order to Follow