IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:25-cv-300 (AJT/LRV) |
| U.S. OFFICE OF THE DIRECTOR | ) |
| OF NATIONAL INTELLIGENCE, *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

**<u>ORDER</u>**

Before the Court is Plaintiffs' Motion for a Temporary Restraining Order, [Doc. No. 6] (the "Motion"), the memoranda in support thereof, [Doc. Nos. 7, 15, 21], and in opposition thereto, [Doc. Nos. 14, 20]. The Court held a hearing on the Motion on February 18, 2025, following which, it entered an administrative stay, in order to obtain additional briefing, and continued the hearing to Monday, February 24, 2025. That hearing took place as scheduled, upon which time the Court ordered supplemental briefing on specific issues and continued the hearing to February 27, 2025. The Court has since received the parties' supplemental briefing and the third hearing occurred as scheduled. Given the parties' extensive briefing and the opportunity for the parties to be heard, the Court's consideration of the Motion will be treated as, and consolidated with, a motion for a preliminary injunction.

Upon consideration of the filings, the record in this case, and oral argument, and for the

reasons stated from the bench, it is hereby

**ORDERED** that the administrative stay, entered on February 18, 2025, [Doc. No. 12], is **VACATED**, with Plaintiffs' deadline to respond to the deferred resignation program ("DRP") and other employment options, made available to them under the CIA Director's February 18, 2025 Memorandum, extended to at least to 5:00 p.m. ET on Monday, March 3, 2025; and it is further

**ORDERED** that Plaintiffs' Motion for a Temporary Restraining Order, which the Court treats as a Motion for a Preliminary Injunction, is **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 27, 2025

/s/
Anthony J. Trenga
Senior United States District Judge