AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| John Doe, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| ODNI, et al. | ) |
| *Defendant* | ) |

Case No.    25-cv-300

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                          .

Date:    03/27/2025

/s/ Kia Rahnama
*Attorney's signature*

Kiarash (Kia) Rahnama Moghaddam, 93718
*Printed name and bar number*

1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102

*Address*

krahnama@fluet.law
*E-mail address*

(703) 590-1234
*Telephone number*

(703) 590-0366
*FAX number*