IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOES 1-6, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 25-300 (AJT/LRV) |
| ) | |
| U.S. OFFICE OF THE DIRECTOR OF ) | |
| NATIONAL INTELLIGENCE, *et al*. ) | |
| ) | |
| Defendants. ) | |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' Renewed Motion for a Preliminary Injunction and accompanying brief, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that Defendants are **ENJOINED** to:

(1) Stay the terminations of all Plaintiffs and those similarly situated;

(2) Review termination decisions regarding CIA Plaintiffs, and those similarly situated, on individualized bases;

(3) State why termination of any individual Plaintiff or those similarly situated serves the national interest; and

(4) Reconsider Plaintiffs and those similarly situated for reassignment within the Intelligence Community, to positions commensurate with their civil service grades and skills.

Entered this _____ day of _____, 2025.

_____
U.S. District Court Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

The following are entitled to be notified of entry of the above Proposed Order:

The Hon. Pamela J. Bondi
Attorney General of the United States
c/o Jolene Ann Lauria
Acting Assistant Attorney General
    for Administration

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Phone: 202-514-2000
Email: jlauria@usdoj.gov

The Hon. Erik S. Seibert
U.S. Attorney for the Eastern District of Virginia
c/o Dennis Barghaan
Chief, Civil Division
U.S. Attorney's Office for the
    Eastern District of Virginia
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3700
Email: dbarghaan@usdoj.gov

*Attorney for Defendants*

Kevin T. Carroll
Kia Rahnama
Fluet
1751 Pinnacle Drive
Suite 1000
Tysons, Virginia 22102
Phone: (703) 590-1234
kcarroll@fluet.law
krahnama@fluet.law
e-file@fluet.law

*Attorney for Plaintiffs*