# Exhibit 1

**Deferred Resignation Program Only**

**Election Sheet for** █████████████████████████████

I understand that the below options are available to me. I have initialed next to my election.

_____   **ODNI Deferred Resignation Program (DRP):** ODNI is offering the DRP under the ODNI's authorities, which is structured similarly to the OPM deferred resignation program. Your effective resignation date would be 30 September 2025, and you would remain on administrative leave until that time. If you elect participation in the ODNI DRP, you will also have to sign a separate ODNI DRP agreement.

_____   **Resignation:** You may elect to resign, effective the date you sign this election sheet, but no later than tomorrow, 11 March 2025 by 5 p.m. If you elect to resign, you will receive no additional administrative leave after the date of your resignation.

_____   **Termination:** You may elect for the DNI to proceed with termination of your employment with the ODNI. You would remain on administrative leave for 90 days from today, 10 March 2025, which is through 08 June 2025. You would be terminated from ODNI employment effective on 09 June 2025.

I understand that by electing to be terminated or declining to select an option by tomorrow, 5:00 p.m. EST, 10 March 2025, will result in the termination of my employment with the ODNI pursuant to the DNI's termination authority in 50 U.S.C. § 3024(m) and 50 U.S.C. § 3036(e)

I understand that if I do not elect the ODNI DRP or resignation, that I may submit a request to the DNI for reconsideration of the termination decision. Such request must be submitted in writing to Jessica Brauer (email Jessica.L.Brauer@odni.gov) no later than 5:00 p.m. EST, 10 calendar days from today. After the DNI's review of the request, an officer from ODNI Human Resource Management will notify you in writing of the DNI decision.

_____   _____
Employee Signature                                       Date