# Exhibit 3

Election Sheet for ███████

I understand that the below options are available to me. I have initialed next to my election.

_____  **Retirement**: You are eligible to retire and may chose a retirement date prior to 30 September 2025. You will remain on administrative leave until your effective retirement date which can be no later than 1 October 2025.

_____  **Resignation**: You may choose to resign, effective the day you sign this form. If you choose to resign, you will receive no additional administrative leave after the day you sign the form.

_____  **Termination** – You may choose termination of your employment with the CIA. You would remain on administrative leave for 90 days from 31 March 2025, which is through 29 June 2025. You would be terminated from CIA employment effective 30 June 2025.

I understand that by electing to be terminated or declining to select an option by 5 pm on Monday, 31 March 2025 will result in the termination of my employment with the CIA pursuant the D/CIA's termination authority, as outlined in 50 U.S.C. § 3036(e).

_____     _____
Signature                                                                Date

_____     _____
Witness Signature                                                  Date