# Exhibit 5



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

The Director

# MEMORANDUM

**TO:** Heads and Acting Heads of Departments and Agencies

**FROM:** Charles Ezell, Acting Director, U.S. Office of Personnel Management

**DATE:** January 24, 2025

**RE:** Guidance Regarding RIFs of DEIA Offices

---

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management ("***OPM***") is providing the additional guidance to agencies regarding the President's executive order titled, "*Ending Radical and Wasteful Government DEI Programs and Preferencing*."

In accordance with that order, each agency, department, or commission head shall take action to terminate, to the maximum extent allowed by law, all DEI, DEIA, and "environmental justice" offices and positions within sixty days.

OPM's initial guidance required agencies to submit written plans no later than January 31, 2025, for executing a reduction-in-force (RIF) action regarding the employees who work in a DEIA office. However, agencies **can and should begin issuing RIF notices to employees of DEIA offices now**. Agencies are reminded to define the competitive area solely in terms of the DEIA office where the employees worked. *See* 5 C.F.R. § 351.402.

Please contact [DEIAreports@opm.gov](mailto:DEIAreports@opm.gov) if you have any questions regarding this memorandum. OPM can provide sample RIF documents upon request.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, and Human Resources Directors, Chiefs of Staff