IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25cv300 (AJT/LRV) |
| ) | |
| UNITED STATES OFFICE OF THE ) | |
| DIRECTOR OF NATIONAL ) | |
| INTELLIGENCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **EMERGENCY MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6, Defendants, through their undersigned counsel, hereby respectfully move this Court for an enlargement of time within which to file any memorandum in opposition to plaintiff's motion for a preliminary injunction (Dkt. Nos. 32-33) in the above-captioned action. The good cause for this relief is as follows:

1. On February 17, 2025, plaintiffs filed their initial complaint in this civil action, and on the same date, filed a motion for a temporary restraining order (Dkt. No. 1; 6-7). The parties then filed several memoranda on the issues raised in (Dkt. Nos. 14-15; 20-21), and this Court held three individual hearings on (Dkt. Nos. 11; 25; 27), that motion. And on February 27, 2025, this Court considered plaintiffs' motion as one seeking a preliminary injunction, and denied the motion (Dkt. No. 26).

2. At 5:34 p.m. on March 27, 2025, plaintiffs filed a renewed motion for a preliminary injunction, along with a supporting memorandum that spans twenty-three (23) pages in length, and includes a series of exhibits (Dkt. Nos. 32-33). Under this Court's Local Rules, defendants would typically be entitled to a period of fourteen (14) days – or until April 10, 2025

– within which to respond to plaintiffs' motion.  *See* Loc. Civ. R. 7(F)(1).  Moreover, plaintiffs themselves did not notice a hearing on their renewed motion.

3. Nevertheless, at 6:41 p.m. the same night, this Court entered a minute order requiring defendants to file any memorandum in opposition to plaintiffs' renewed motion by 5:00 p.m. on Friday, March 28, 2025 – providing defendants less than twenty-four (24) hours to file such an opposition.  This Court simultaneously scheduled a hearing on plaintiffs' renewed motion for 2:00 p.m. on Monday, March 31, 2025.

4. As counsel for defendants, responsibility for drafting and filing any memorandum in opposition to plaintiffs' renewed motion falls primarily on undersigned counsel with the United States Attorney's Office for this district.  In addition to other case-related and supervisory responsibilities, each of the undersigned counsel are due to be in Court on the morning of March 28, 2025 – in *Harrison v. Driscoll*, 1:24cv1621 (E.D. Va.) and *Sanchez-Puentes v. Charles*, 1:25cv509 (E.D. Va.).

5. But more fundamentally, defendants should have more than twenty-four (24) hours to read, digest, and draft an appropriate memorandum in opposition to plaintiffs' renewed motion.  This is especially the case given that any putative termination of plaintiffs' employment is not imminent – even if plaintiffs elect to be involuntarily separated from their employment with these federal agencies, that separation will not take effect until the passage of ninety days.  At the very least, however, defendants should be entitled to file any opposition to the renewed motion by 10:00 a.m. on Monday, March 31, 2025 – in advance of the currently-scheduled hearing.

6. As a result of the emergent nature of the relief sought through this motion, undersigned counsel has not conferred with counsel for the plaintiff regarding the same.

7. For the foregoing reasons, this Court should grant an enlargement of time within which defendants are currently required to file any opposition to plaintiffs' renewed motion for a preliminary injunction.

Dated: March 27, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

_____/s/_____
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
REBECCA S. LEVENSON
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3891/3760
Fax:   (703) 299-3983
Email: dennis.barghaan@usdoj.gov
Rebecca.s.levenson@usdoj.gov
*Attorneys for Defendants*