IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOES 1-6, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25-300 (AJT/LRV) |
| ) | |
| U.S. OFFICE OF THE DIRECTOR OF ) | |
| NATIONAL INTELLIGENCE, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants' Emergency Motion for an Enlargement of Time, [Doc. No. 34] (the "Motion"). Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that Defendants' deadline to file a response, if any, to Plaintiffs' Renewed Motion for a Preliminary Injunction, [Doc. No. 32], is extended from Friday, March 28, 2025 at 5:00 p.m. eastern time, to Monday, March 31, 2025 at 9:00 a.m. eastern time.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 27, 2025

/s/
Anthony J. Trenga
Senior United States District Judge