# DEX 1

| | |
|---|---|
| **From:** | Barghaan, Dennis (USAVAE) |
| **To:** | Kevin Carroll |
| **Cc:** | Kia Rahnama; Levenson, Rebecca S (USAVAE) |
| **Subject:** | Does v. ODNI (E.D. Va.) |
| **Date:** | Monday, March 17, 2025 2:47:06 PM |
| **Attachments:** | SAMPLE Retirement Form.docx |
| | SAMPLE VERA Form.docx |
| | SAMPLE DRP Form.docx |

Kevin --

On February 27, Judge Trenga vacated the Administrative Stay in the above-referenced litigation. Following that decision, the Director of the CIA reaffirmed his termination decision regarding the affected CIA officers. There is no process to appeal this decision within the Agency or otherwise seek reassignment within the Agency. Accordingly, the Agency is moving forward with the separation of these officers. The Agency asked us to send this email to you to ensure that you were aware of what was happening, and could pass along this information to your clients.

Today, non-lawyers with the Agency will be contacting affected CIA officers, including your CIA-affiliated clients, with whom it met on February 18. The Agency is advising this subset of your clients simply that a document will be sent to them by email or made available for pickup at the visitor's center, depending on their status with the Agency. Attached are samples of the forms that will be sent or made available to your clients; they outline the separation options offered to each officer. The attached documents are the versions that will be emailed; the versions available for pick up will contain slight, non-substantive variations in wording. However, all of the forms, whether emailed or made available for pick up, are unclassified and may be shared with you and others.

To finalize their separation selection, your clients should indicate their preferred option on the form provided, sign the form, and return it to the Agency. Your clients who receive the form by email should send it via a response to the email in which they receive the form. Your clients who collect the form at the visitor's center will be provided a telephone number to call to arrange a time to deliver the completed form at the visitor's center.

The Agency requests that your clients return the completed form no later than 5:00 p.m. on Monday, March 31, to select the option they prefer. For officers who do not return the completed form by that time, the Agency will proceed by exercising the termination option contained in the attached documents.

Please confirm your receipt of this email.

Many thanks.

Dennis

Dennis Barghaan
Chief, Civil Division
United States Attorney's Office
Eastern District of Virginia
(703) 299-3891