UNITED STATES DISTRICT COURT
CIVIL MOTION MINUTES

Date: **3/31/2025**　　　　　　　　　　　　　　Judge: **Trenga/(LRV)**
Time: **2:04 - 2:17**　　　　　　　　　　　　Reporter: **R. Montgomery**
　　　　**2:34-2:56**

Civil Action Number: **1:25-cv-300**

**DOE 1 ET AL**

V.

**OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, ET AL**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Kevin Carroll** | **Dennis Barghaan, Jr.** |
| **Kiarash Moghaddam** | **Rebecca Levenson** |

Motion to/for:
[32] Motion for Preliminary Injunction by pltf.

Argued and
(  ) Granted　　　　　　　(  ) Denied　　　　(**X**) Granted in part/Denied in part
(  ) Taken Under Advisement　　　　　　　(  ) Continued to

(**X**) Order to Follow