IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:25-cv-300 (AJT/LRV) |
| U.S. OFFICE OF THE DIRECTOR ) | |
| OF NATIONAL INTELLIGENCE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**PRELIMINARY INJUNCTION ORDER**

On March 31, 2025, the Court held a hearing on Plaintiffs' Renewed Motion for a Preliminary Injunction, filed on March 27, 2025, [Doc. No. 32] (the "Motion"), following which, the Court in open court granted the Motion in part, and denied the Motion in part, and in further memorialization of its ruling, the Court issues this written Order. Accordingly, for the reasons stated from the bench in open court, it is hereby

**ORDERED** that Plaintiffs' Renewed Motion for a Preliminary Injunction [Doc. No. 32] be, and the same hereby is, **GRANTED** in part, as set forth herein, and is otherwise **DENIED**; and it is further

**ORDERED** that Defendants, and any of Defendants' officers, agents, servants, employees, and attorneys, as well as other persons who are acting in concert with them, be, and the same hereby are, **ENJOINED** from effectuating or implementing any decision to terminate the Plaintiffs without further Court authorization. To the extent that any such decision to terminate any Plaintiff is submitted to the Court for approval, the Court will assess the extent to which any such Plaintiff has received the appeal and consideration for reassignment he or she was entitled to receive as set

1

forth on the record during the hearing; and Plaintiffs shall continue to remain on administrative leave with pay and benefits, or be otherwise reinstated, pending further Court order; and it is further

**ORDERED** that Defendants provide Plaintiffs a requested appeal from any decision to terminate him or her, consistent with the steps set forth in CIA Regulation 4-16, including to permit Plaintiffs to submit "written comments" explaining why they should not be terminated, to provide Plaintiffs with a written notification of the Director's decision, and to provide reasonable notice of the status of any pending appeal. *See* [Doc. No. 14-1] § II. E. ("Appeal of Termination Decision"); and it is further

**ORDERED** that Defendants consider any Plaintiffs' request for reassignment for open or available positions, in accordance with their qualifications and skills, without regard to the definition of a "competitive area" in the January 24, 2025 OPM Memorandum, and consistent with CIA Regulation 4-16 Section II. C. 4., including an Agency-wide review of available positions that Plaintiffs may be qualified for, notwithstanding any election that a Plaintiff may have made in response to the requirement that each Plaintiff select whether to retire, resign, or be terminated; and it is further

**ORDERED** this Order shall issue and be in full force and effect, with the Court finding that, under the circumstances of this case, the posting of a bond by Plaintiffs is not necessary or proper.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
March 31, 2025

/s/
Anthony J. Trenga
Senior United States District Judge