Civil Action No. 25-300

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Attorney Erik Seibert**
was received by me on *(date)* **02/18/2025** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I mailed a copy of the complaint and summons to U.S. Attorney Erik Seibert via certified mail on 04/11/2025 at: Justin W. Williams U.S. Attorney's Building, 2100 Jamieson Avenue, Alexandria, VA 22314 The attached return receipt, showing delivery on 04/14/2025, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **04/18/2025**

*Server's signature*

**Cora Pototsky, Paralegal**
*Printed name and title*

**1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4/14/2025

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

   U.S. Attorney Erik Siebert
   .S. Attorney for the Eastern District of Virginia
   Justice W. Williams U.S. Attorney's Building
   2100 Jamieson Avenue
   Alexandria, VA 22314



9590 9402 7024 1225 3703 95

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ail
   ☐ ail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

   9589 0710 5270 0229 7670 26

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #
NOVA 220
14 APR 2025 PM 2 L

9590 9402 7024 1225 3703 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED

APR 17 2025



Fluet
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102

Civil Action No. 25-300

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Attorney General Pam Bondi**
was received by me on *(date)* **02/18/2025**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I mailed a copy of the complaint and summons to Attorney General Pam Bondi via certified mail on 04/11/2025 at: U.S. Department of Justice, 950 Pennsylvania Ave., NW, washington, D.C. 20530-0001 The attached return receipt, showing delivery on 04/17/2025, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true

Date: **04/21/2025**

*Server's signature*

**Cora Pototsky, Paralegal**
*Printed name and title*

**1751 Pinnacle Drive, Suite 1000 Tysons, VA 22102**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General Pam Bondi
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

   9590 9402 7024 1225 3704 18

2. Article Number *(Transfer from service label)*

   7589 0710 5270 0229 7670 57

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Eric Hassak*           ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
   APR 17 2025

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 7024 1225 3704 18

United States Postal Service

RECEIVED

APR 2 1 2025

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box



Fluet
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102