# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25cv300 (AJT/LRV) |
| ) | |
| UNITED STATES OFFICE OF THE ) | |
| DIRECTOR OF NATIONAL ) | |
| INTELLIGENCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, and 28 U.S.C. § 1292(a)(1), defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Preliminary Injunction entered in this action on March 31, 2025 (Dkt. No. 39).

Dated: May 6, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

 /s/
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
REBECCA S. LEVENSON
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3891/3760
Fax:    (703) 299-3983
Email: dennis.barghaan@usdoj.gov
Rebecca.s.levenson@usdoj.gov
*Attorneys for Defendants*