**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
|  ) | |
|  Plaintiffs, ) | |
|  ) | |
|  v. ) | Case No. 1:25cv300 (AJT/LRV) |
|  ) | |
| UNITED STATES OFFICE OF THE ) | |
| DIRECTOR OF NATIONAL ) | |
| INTELLIGENCE, *et al.*, ) | |
|  ) | |
|  Defendants. ) | |

## DEFENDANTS' CONSENT MOTION TO STAY PROCEEDINGS

Pursuant to Local Civil Rule 7(F)(1) and the Court's inherent authority, Defendants hereby respectfully submit—with Plaintiffs' consent—their motion to stay the proceedings pending resolution of the appeal to the U.S. Court of Appeals for the Fourth Circuit from this Court's entry of a preliminary injunction. The reasons for this relief are fully explained in the memorandum that will be filed with this motion.

Dated: May 16, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

             /s/
DENNIS C. BARGHAAN, JR.
Chief, Civil Division
REBECCA S. LEVENSON
Assistant United States Attorneys
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3891/3760
Fax:   (703) 299-3983
Email: dennis.barghaan@usdoj.gov
Rebecca.s.levenson@usdoj.gov
*Attorneys for Defendants*