# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25cv300 (AJT/LRV) |
| ) | |
| UNITED STATES OFFICE OF THE ) | |
| DIRECTOR OF NATIONAL ) | |
| INTELLIGENCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## Order

Upon consideration of Defendants' consent motion to stay the proceedings, it is hereby

ORDERED that Defendants' motion is GRANTED; it is further

ORDERED that proceedings in this Court, including pending deadlines, are hereby STAYED pending the United States Court of Appeals for the Fourth Circuit's resolution of *John Doe 1 v. Office of the Director of National Intelligence*, No. 25-1527 (4th Cir.); and it is further

ORDERED that within 14 days of the issuance of the mandate by the Fourth Circuit, the parties shall submit a joint status report proposing deadlines for the expeditious completion of proceedings in this Court.

Date: May 19, 2025

Anthony J. Trenga
Senior United States District Judge