FILED:  July 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1527
(1:25-cv-00300-AJT-LRV)

_____

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5;
JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE
DOE 5

              Plaintiffs - Appellees

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL
INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as
Director of the Central Intelligence Agency; WILLIAM PULTE, in his official
capacity as Acting Director of National Intelligence

              Defendants - Appellants

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk